## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Rutherford, an individual<br><br>                              Plaintiff(s)<br>v.<br><br>E & I Venture, LLC, a California limited Liability company; and DOES 1-10, inclusive          Defendant(s) | CASE NUMBER:<br><br>5:19-02410-CJC (SHKx)<br><br>ADA DISABILITY ACCESS LITIGATION: APPLICATION FOR STAY AND EARLY MEDIATION |

1. Party (name): _____E & I Venture, LLC_____ requests a stay of proceedings and early mediation through the Court's ADR Program

2. The complaint in this case asserts a claim under Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12181-12189.

3. The party filing this Application for Stay and Early Mediation requests that the Court:

   a. Stay these proceedings;

   b. Schedule an early mediation through the Court's ADR Program;

   c. Order Plaintiff to file with the Court and serve on Defendant(s) within fourteen (14) days of the date of the Order granting Application for Stay and Early Mediation a statement that includes the following:

      1) An itemized list of specific conditions on the subject premises that are the basis of the claimed violations of the ADA; and

      2) An itemized list of damages and, for each item, the amount sought.

   d. Order Defendant to file with the Court and serve on Plaintiff(s) at least ten (10) days before the date set for the early mediation any evidence Defendant intends to rely upon to support a claim that the alleged violations have been remedied or that no violation exists.

Date: 02/18/2020

| | |
|---|---|
| Steven A. Simons | /S/ |
| *Type or Print Name* | *Signature of Attorney (or Party without Attorney)* |

**Opposition to this Application for Stay and Early Mediation<br>must be filed no later than seven (7) days from the date of service of this<br>Application for Stay and Early Mediation.**

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I am a resident of the County of Los Angeles, State of California, I am over the age of 18 years and not a party to the within action; my business address is 9010 Corbin Ave., Ste. 17B, Northridge, CA 91324.

On February 18, 2020, I served the foregoing document described as:

**ADA DISABILITY ACCESS LITIGATION: APPLICATION FOR STAY AND EARLY MEDIATION**

Said document was served on the interested party or parties in this action by

[ X ] By CME/CF: the document was electronically served on the parties to this action via the mandatory United States District Court of California CM/ECF system upon electronic filing of the above described document.

[ ] BY MAIL I deposited such envelope in the mail at Northridge, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with my firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on the motion of the party(ies) served, service is presumed invalid if the postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit

Executed on February 18, 2020 at Northridge, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the above is true and correct.

/S/
Steven A. Simons

## MAILING LIST

Case            : **James Rutherford vs. E & I Venture, LLC,  et al.**
Court           : **USDC- Central District of California**
Case Number     : **5:19-02410-CJC (SHKx)**

**Plaintiff's Counsel:**
Joseph R. Manning Jr., Esq.
Manning Law, APC
20062 S.W. Birch St., Ste. 200,
Newport Beach, CA 92660
Tel: (949) 200-8755
Email: DisabilityRights@manninglawoffice.com