1  Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
2  **MANNING LAW, APC**
   20062 SW Birch St., Suite 200 Newport Beach, CA 92660
3  Office: (949) 200-8755 Fax: (866) 843-8308
4  DisabilityRights@manninglawoffice.com

5  Attorneys for Plaintiff:
6  JAMES RUTHERFORD

7

8  Steven A. Simons, Esq.
   Law Office of Steven A. Simons
9  PO Box 33623
10 Granada Hills CA 91394
   Office: (818) 368-9642
11 Simonslaw@verizon.net

12
   Attorneys for Defendant:
13 E & I Venture, LLC, a California limited liability
14 company

15              **UNITED STATES DISTRICT COURT**
16              **CENTRAL DISTRICT OF CALIFORNIA**
17

| JAMES RUTHERFORD, an individual, | Case No.: 5:19-cv-02410-CJC-SHK |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| E & I VENTURE, LLC, a California limited liability company; and DOES 1-10, inclusive, | Complaint Filed: December 16, 2019<br>Trial Date: None |
| Defendants. | |

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JAMES RUTHERFORD ("Plaintiff") and E & I VENTURE, LLC, a California limited liability company ("Defendants"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: May 15, 2020

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
Joseph R. Manning, Jr.
Attorney for Plaintiff
James Rutherford

DATED: May 15, 2020

**Law Office of Steven A. Simons**

By: /s/ *Steven A. Simons*
Steven A. Simons, Esq.
Attorneys for Defendant
E & I VENTURE, LLC, a California limited liability company

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 15, 2020   By: /s/ *Joseph R. Manning, Jr.*